# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BENGAMIN RAY YELLOW OWL,<br><br>Defendant. | Case No. CR 17-32-GF-BMM<br><br><br>**ORDER DISMISSING PETITION AND VACATING HEARING** |

Upon motion of the Defendant, Bengamin Ray Yellow Owl, for an Order dismissing the Petition for Warrant for Offender Under Supervision, and Vacating Hearing, there being no objection from the Government:

IT IS HEREBY ORDERED that the Petition for Warrant for Offender Under Supervision (Doc. 70) is hereby dismissed;

IT IS FURTHER HEREBY ORDERED that the hearing set for Tuesday, May 26, 2026, at 10:00 a.m. is VACATED.

DATED this 21st day of May, 2026.

Brian Morris
United States District Court Judge

1