**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BENGAMIN RAY YELLOW OWL,

Defendant.

CR-17-32-GF-BMM

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**

United States Magistrate Judge John Johnston entered Amended Findings and Recommendations in this matter on September 30, 2026. (Doc.92.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on September 29, 2026. (Doc. 87.) The United States accused Benjamin Yellow Owl (Yellow Owl) of violating the conditions of his supervised release by: (1) using methamphetamine and cocaine on September 14, 2026; (2) consuming alcohol on or about September 14, 2026 and September 15, 2026; and (3) failing to comply with substance abuse treatment requirements on September 16, 2026. (Doc. 70.)

At the revocation hearings Yellow Owl admitted that he had violated the conditions of supervised release 1-3 as set forth in the Petition. (Doc. 87.) Judge Johnston recommended that Yellow Owl be sentenced to custody for a term of 9 months on Count 2, with no term of supervised release to follow and to a term of custody of 9 months on Count 3, with no term of supervised release to follow, with the custodial terms to run concurrently. (Doc.92.) Judge Johnston advised Yellow Owl of his right to appeal and allocute before the undersigned. (Doc. 87.)

The violations Yellow Owl admitted prove serious and warrants revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 92) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Benjamin Yellow owl be sentenced to custody for a term of 9 months on Count 2, with no term of supervised release to follow and to a term of

custody of 9 months on Count 3, with no term of supervised release to follow, with the custodial terms to run concurrently.

DATED this 15th day of October 2026.

Brian Morris, Chief District Judge
United States District Courts